UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV19-01262 JAK (JPRx) | Date | November 14, 2019 |
| Title | Carmen John Perri v. Mengyi Jia, et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) SCHEDULING ORDER SETTING PRETRIAL DEADLINES (DKT. 15); AND

ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT MSM CARSON, LLC

The Court has reviewed the parties' October 16, 2019 Joint Report and sets the following deadlines:

| | |
|---|---|
| November 29, 2019 | Deadline to file response to Order to Show Cause re Dismissal as to Defendant MSM Carson, LLC |
| December 9, 2019 | Last day to amend or add parties |
| January 20, 2020: | Last day to participate in a settlement conference/mediation |
| January 24, 2020: | Last day to file notice of settlement / joint report re settlement |
| February 3, 2020 at 11:30 a.m.: | Post Mediation Status Conference |
| June 4, 2020: | Non-Expert Discovery Cut-Off |
| June 18, 2020: | Initial Expert Disclosures |
| July 2, 2020: | Rebuttal Expert Disclosures |
| July 16, 2020: | Expert Discovery Cut-Off |
| July 16, 2020: | Last day to file All Motions *(including discovery motions)* |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

Plaintiff and Cross Claimant shall show cause in writing no later than November 29, 2019, why Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV19-01262 JAK (JPRx) | Date | November 14, 2019 |
| Title | Carmen John Perri v. Mengyi Jia, et al. | | |

and Cross-Defendant MSM Carson, LLC should not be dismissed for lack of prosecution. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff and Cross Claimant shall file an application requesting the entry of default. Additionally, Cross Claimant shall file a proof of service showing that the summons and Cross Claim were served in compliance with Fed. R. Civ. P. 4(m). Plaintiff and Cross Claimant are advised that the Court will consider the filing of an application and proof of service, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Failure to respond will result in the dismissal of Defendant MSM Carson, LLC.

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on February 3, 2020, if such notice is filed on or before January 24, 2020. If a notice of settlement is not filed, counsel shall file a joint report by January 24, 2020, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak