LAW OFFICE OF STEVEN A. FREUND
A PROFESSIONAL CORPORATION
STEVEN A. FREUND, ESQ. (SBN 182645)
P.O. Box 911457
Los Angeles, California 90091
sfreund@freundlawfirm.com
310-284-7929
310-284-8341 (fax)

Attorneys for Defendant,
MSM Carson, L.L.C.

## THE UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.**: CV 08:19-01262 JAK (JPRx)** |
| Plaintiff, | **STIPULATION RE: SETTING** |
| vs. | **DEADLINE FOR DEFENDANT MSM** |
| | **CARSON, L.L.C. TO RESPOND TO** |
| MENGYI JIA, an individual; MSM CARSON, | **COMPLAINT.** |
| L.L.C., a California limited liability company; | |
| and DOES 1 through 10, inclusive, | |
| Defendants. | |

      Defendants MSM Carson, L.L.C. ("MSM") and Plaintiff Carmen John Perri ("Plaintiff") have stipulated and agreed as follows:

      WHEREAS, the Law Office of Steven A. Freund has just been retained as counsel for MSM;

      WHEREAS, good cause exists for this extension as defense counsel has just been assigned to this case and requires more time to become knowledgeable about the case to prepare an initial pleading;

      THEREFORE, the parties have agreed that Defendant MSM may have an additional thirty (30) days within which to answer or otherwise response to Plaintiff's Complaint.  Thus, the

1

last day for Defendant MSM to answer or otherwise respond to Plaintiff's Complaint is December 4, 2019.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: 11-19-19

LAW OFFICE OF STEVEN A. FREUND
A PROFESSIONAL CORPORATION


By_____/s/_____
Steven A. Freund,
Attorneys for Defendant,
MSM Carson, L.L.C.

Dated: 11-19-19

MANNING LAW, APC


By_____/s/_____
Craig G. Cote,
Attorneys for Plaintiff,
Carmen John Perri

2

**STIPULATION RE: SETTING DEADLINE FOR DEFENDANT MSM CARSON, LLC TO RESPOND TO COMPLAINT**

Case No.: CV 08:19-01262 JAK (JPRx)