POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Kenneth Gross, 117838<br>Law Offices of Kenneth I. Gross & Associates<br>849 S. Broadway, Suite 504<br>Los Angeles, CA 90014<br>TELEPHONE NO.: (213) 627-0218<br>ATTORNEY FOR *(Name):* Defendant | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Central District of California<br>411 West Fourth St<br>Santa Ana, CA 92701-4516 | |
| PLAINTIFF/PETITIONER: CARMEN JOHN PERRI | CASE NUMBER:<br>8:19-cv-01262 |
| DEFENDANT/RESPONDENT: MENGYI JIA, et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:

   Summons in A Civil Action on Cross Claim, Answer to Compaint and Cross Claim

3. a. Party served: MSM Carson, LLC
   b. Person Served: MICHAEL RAZIPOUR - Person Authorized to Accept Service of Process

4. Address where the party was served: 1308 Via Margarita
   Palos Verdes Estates, CA 90274
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 10/18/2019     (2) at (time): 6:25PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   MSM Carson, LLC
   under: Other: Limited Liability Company

7. **Person who served papers**
   a. Name: Miguel A. Lopez
   b. Address: One Legal - 194-Marin
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 75.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 6188
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 11/20/2019

Miguel A. Lopez
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 13910544